# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PAYAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>H. TATE, et al.,<br><br>　　　　Defendants. | ) 1:13cv00807 LJO DLB PC<br>)<br>)<br>) ORDER REQUIRING DEFENDANTS TO<br>) RESPOND TO PLAINTIFF'S MOTION FOR<br>) PRELIMINARY INJUNCTION<br>)<br>) (Document 22)<br>)<br>) |

Plaintiff Michael J. Payan ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 28, 2013. This action is proceeding on the following cognizable claims: (1) retaliation in violation of the First Amendment by Defendants Bingamon, Tate and Vu; and (2) deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants Bingamon, Tate, Vu, Sheisha and Joaquin.

On April 16, 2014, Defendants filed a motion to dismiss the Eighth Amendment claim pursuant to Federal Rule of Civil Procedure 12(b)(6). The date for Plaintiff to file an opposition has not yet passed. The retaliation claim is not the subject of the motion to dismiss.

On May 5, 2014, Plaintiff filed a letter which this Court construed as a motion for preliminary injunction. Plaintiff alleges that Defendant Tate continues to retaliate against him by

removing accommodation chronos and interfering with the grievance process.  Plaintiff alleges that he has not received any type of treatment for his shoulder injury.

     Defendants have not filed a timely opposition.

     The instant action is related to Plaintiff's shoulder injury allegedly sustained in 2010, and the subsequent retaliation and medical treatment.  As preliminary injunctive relief may be available in cases involving chronic conditions and the relief sought is related to the claims before the Court, the Court ORDERS Defendants to respond to the motion within twenty-one (21) days of the date of service of this order.  Plaintiff may file a reply within fourteen days (14) of being served with Defendants' response.

IT IS SO ORDERED.

   Dated:   **June 3, 2014**                              /s/ *Dennis L. Beck*
                                                                               UNITED STATES MAGISTRATE JUDGE