# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PAYAN, | 1:13-cv-00807 LJO DLB (PC) |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS |
| | AD TESTIFICANDUM TO TRANSPORT |
| vs. | **MICHAEL J.PAYAN**, CDCR #T-08858 |
| H. TATE, et al., | |
| | DATE:     January 23, 2015 |
| Defendants. | TIME:     8:00 a.m. |
| _____ / | COURTROOM:   9 (SAB) |

Inmate Michael J. Payan, **CDCR# T-08858,** a necessary and material witness in a settlement conference in this case on January 23, 2015, is confined at Pelican Bay State Prison, P.O. Box 7000, Crescent City, California, 95531, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Stanley A. Boone at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom 9, Sixth Floor, on January 23, 2015, at 8:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, Pelican Bay State Prison, P.O. Box 7000, Crescent City, California, 95531**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to Court.**

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **December 2, 2014**          /s/ *Dennis L. Beck*
          _____
                    UNITED STATES MAGISTRATE JUDGE

