IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL J. PAYAN,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**H. TATE, et al.,**<br><br>                              Defendants. | Case No. 1:13-CV-00807 LJO DLB PC<br><br>**ORDER VACATING SETTLEMENT CONFERENCE**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>**(Document 47)** |

   The Court has considered the request by Defendants to vacate the settlement conference, currently scheduled for January 23, 2015. Good cause appearing for this request, the request is GRANTED. The settlement conference is vacated. Defendants are ordered to file their responsive pleading within thirty days of the date of this order.

IT IS SO ORDERED.

   Dated:   **January 13, 2015**                    /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE