UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PAYAN, | 1:13-cv-00807 LJO DLB (PC) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | (Document 45) |
| H. TATE, et al., | |
| Defendants. | |

The settlement conference, set for January 23, 2015, at 9:00 a.m., has been vacated. Accordingly, Plaintiff Michael J. Payan, CDCR # T-08858, is no longer needed in these proceedings.  Therefore, the writ of habeas corpus ad testificandum, issued on December 3, 2014, is VACATED.


IT IS SO ORDERED.

   Dated:   __January 14, 2015__                    _____/s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

1