# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PAYAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>H. TATE, et al.,<br><br>        Defendants. | 1:13cv00807 LJO DLB PC<br><br>ORDER REGARDING<br>STATUS OF ACTION<br><br>(Document 51) |

    Plaintiff Michael J. Payan ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 28, 2013.

    Based on the parties' agreement, the Court set a settlement conference for January 23, 2015. However, on January 14, 2015, the Court granted Defendants' request to vacate the settlement conference and vacated Plaintiff's transportation writ.

    Nonetheless, Plaintiff submitted his confidential settlement conference statement on February 2, 2015. On February 4, 2015, the Court received a filing from Plaintiff inquiring as to

///
///
///
///

1

why he was not transferred for the settlement conference.  It appears, however, that at the time of his letter, Plaintiff had not yet received the Court's orders.

Therefore, this action is no longer set for a settlement conference.  Defendants' responsive pleading is due on or about February 15, 2015.

IT IS SO ORDERED.

Dated:   **February 10, 2015**                              /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE