# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| MICHAEL J. PAYAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>H. TATE, et al.,<br><br>          Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | 1:13cv00807 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>MOTION FOR INSTRUCTION, COUNSEL<br>AND ADDITIONAL TIME<br><br>(Document 73) |

    Plaintiff Michael J. Payan ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 28, 2013.  This action is proceeding on the following cognizable claims: (1) retaliation in violation of the First Amendment by Defendants Bingamon, Tate and Vu; and (2) deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants Bingamon, Tate, Vu, Sheisha and Joaquin.

    The action is currently in discovery.

    On May 19, 2015, Defendants filed a timely motion for summary judgment based on exhaustion.  The motion is pending.

    On June 3, 2015, the Court stayed merits-based discovery pending the outcome of the motion for summary judgment.

On June 22, 2015, Plaintiff filed a motion to amend his complaint.  The motion is pending.

On July 31, 2015, Plaintiff filed a motion in which he asks for the Court's "instruction" regarding the two pending motions.

The Court has reviewed the docket and it appears that both motions are fully briefed and are ready for decision.  Plaintiff has specifically responded to Defendants' argument that his claims are unexhausted and the Court needs no further information at this time.  It will rule on the motions in due course.

Plaintiff's related request for counsel and additional time are DENIED.

IT IS SO ORDERED.

Dated:    **August 17, 2015**                        /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

2