# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PAYAN,<br><br>   Plaintiff,<br><br> vs.<br><br>H. TATE, et al.,<br><br>   Defendants. | 1:13cv00807 LJO DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO CORRECT RECORD<br><br>(Document 77) |

  Plaintiff Michael J. Payan ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 28, 2013.

  Plaintiff has been granted leave to file an amended complaint, and the deadline for filing has not yet passed.

  On August 28, 2015, the Court received a motion to correct the record to change a motion-filing date referred to by the Court in a prior order. The Court is aware of the prison mail box rule, though it often refers generally to the date on which a motion is *filed* with the Court.

///

///

///

///

1

However, where necessary, the Court will note application of the prison mail box rule. There is no issue with the timeliness of Plaintiff's motion to amend. Accordingly, his motion is DISREGARDED.

IT IS SO ORDERED.

    Dated:   **September 1, 2015**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE