# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PAYAN,<br><br>    Plaintiff,<br><br>  v.<br><br>TATE, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00807 LJO DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE |

Plaintiff Michael J. Payan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's October 19, 2015, First Amended Complaint.

The Court's January 26, 2016, Findings and Recommendations granting in part Defendants' motion for summary judgment based on exhaustion is pending.

On February 17, 2016, Plaintiff filed a motion for a settlement conference. This action was previously set for a settlement conference in January 2015, after the parties agreed that a settlement conference would be beneficial. However, after submitting their confidential settlement conference statement, Defendants' counsel indicated that she did not have authority to settle the action, and the conference was vacated.

///

///

1

Given Plaintiff's current request and the possibility that the posture of this action has altered Defendants' position, the Court ORDERS Defendants to inform the Court whether a settlement conference will be beneficial.  Defendants SHALL file a response to Plaintiff's motion within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **February 24, 2016**                   /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE