IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL J. PAYAN,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**H. TATE, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:13-CV-00807 LJO BAM PC<br><br>**ORDER RE STIPULATION TO SUBSTITUTE DOE DEFENDANT, FOR VOLUNTARY DISMISSAL, AND TO AMEND CASE CAPTION**<br><br>(ECF No. 154) |

Based on the stipulation of the parties, IT IS HEREBY ORDERED that the California Department of Corrections and Rehabilitation ("CDCR") is substituted in place of Defendant Doe One.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants H. Tate, U. Baniga, A. Joaquin, M. Vu, T. Bingamon, S. Shiesha, and D. Longcrier are dismissed with prejudice by operation of law pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER ORDERED that the case caption shall be changed to *Michael J. Payan v. CDCR*.

IT IS SO ORDERED.

Dated: __May 19, 2017__　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Order (1:13-CV-00807 LJO BAM PC)

2