# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PAYAN,<br><br>                Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>                Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:13-cv-00807-LJO-BAM (PC)<br><br>ORDER OF VOLUNTARY DISMISSAL<br><br>(ECF No. 157)<br><br>ORDER DIRECTING CLERK OF COURT<br>TO CLOSE CASE |

Plaintiff Michael J. Payan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2017, the parties filed a stipulation to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 157.)

Accordingly, the Court orders that:

1.      This action is dismissed with prejudice by operation of law pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own litigation costs and attorneys' fees; and

2.      The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated:   __**May 23, 2017**__          __/s/ *Barbara A. McAuliffe*__

                                                   UNITED STATES MAGISTRATE JUDGE